ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF
-----------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456              Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS               JUDGE KARAS
LOCAL UNION NO. 456 ,                             RULE 7.1

                              Plaintiffs,

        -against-
                                                  08 CIV. 5773
AMERICAN TREE AND LANDSCAPE CORP.,

                              Defendant.
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

    None.

Dated: June 19, 2008

                                    _____
                                    Karin Arrospide, Esq. (KA9319)
                                    Barnes, Iaccarino, Virginia,
                                    Ambinder & Shepherd
                                    258 Saw Mill River Road
                                    Elmsford, NY 10523
                                    (914) 592-1515